UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
(410) 962-2698 FAX

February 28, 2007

MEMO TO COUNSEL RE:   Jerrod Harris v. DMMI Promotions, Inc.
                      Civil No. JFM-06-2017

Dear Counsel:

This will confirm the matters discussed during the scheduling conference held yesterday.

1. DMMI Promotions, Inc. is granted leave, *nunc pro tunc*, to file a third party complaint against Foreign Motors, Inc., d/b/a Foreign Motors Suzuki.

2. The deadline for Foreign Motors, Inc. to file a response (motion to dismiss or answer) to the third party complaint is April 13, 2007.

3. Plaintiff is granted leave to file an amended complaint and shall file such an amended complaint on or before March 9. 2007.  (During the conference I merely set a deadline for plaintiff to file a motion for leave to file an amended complaint and did not grant plaintiff actual leave to file an amended complaint.  However, I assume from the tenor of our discussion, that none of the existing parties have any objection to plaintiff filing an amended complaint.  If I am wrong in this assessment, I ask counsel to so advise me on or before March 7, 2007).

4. The deadlines set in the scheduling order previously entered in this case are suspended pending the entry of a new scheduling order after counsel have entered their appearances for the defendants newly added in the amended complaint.

Despite the informal nature of this letter, it should be flagged as an opinion and docketed as an order.

Very truly yours,

/s/

J. Frederick Motz
United States District Judge